NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**OZAT USA, LLC,**
*Appellant*

**v.**

**OZAT 2000(1999) LTD.,**
*Appellee*

---

2026-1143

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 92081745.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                 OZAT USA, LLC v. OZAT 2000(1999) LTD.

(2)  Each side shall bear their own costs.

FOR THE COURT

January 21, 2026
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** January 21, 2026